MARY BRAND, complainant-appellant,

*v.*

ALBERT QUINN, ANNA QUINN, his wife, and JOHN T. MADDEN, defendants-appellees.

[Submitted October term, 1936.   Decided January 22d, 1937.]

*Messrs. Dolan & Dolan,* for the defendants-appellees.

*Mr. Peter Cohn* and *Mr. A. Leon Kohlreiter,* for the complainant-appellant.

PER CURIAM.

The appeal is from a decree dismissing a bill seeking to set aside a conveyance as fraudulent and for incidental relief.

We have carefully examined the proofs and can only conclude that they support the findings of the learned vice-chancellor. The decree will be affirmed.

*For affirmance*—TRENCHARD, CASE, BODINE, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, JJ. 8.

*For reversal*—THE CHIEF-JUSTICE, PARKER, RAFFERTY, JJ. 3.